UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 16808
  CHRISTOPHER T LITTLE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-3139
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/14/07 and confirmed on 02/01/08.

   2.  The case was dismissed after confirmation, 10/24/2008.

   3.  The Debtor paid a total of $   7505.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED VEHIC | 35153.93 | 1460.63 | 4459.96 |
| SNAP ON CREDIT | SECURED | 5599.94 | 261.90 | 942.21 |
| CONSUMERS COOP CU | UNSECURED | 5222.23 | .00 | .00 |
| DELL FINANCIAL | UNSECURED | .00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1923.28 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 258.16 | .00 | .00 |
| B REAL LLC | UNSECURED | 3402.82 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6069.46 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2329.43 | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 165.96 | .00 | .00 |

         Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 40753.87 | .00 | 19371.34 | .00 | 60125.21 |
| PRINCIPAL PAID | 5402.17 | .00 | .00 | .00 | 5402.17 |
| INTEREST PAID | 1722.53 | .00 | .00 | .00 | 1722.53 |
| TOTAL PAID | 7124.70 | .00 | .00 | .00 | 7124.70 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3500.00
and was paid $   1025.00  direct and $      .00  through the plan.

The Trustee received $    380.30 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 01/20/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 07 B 16808 CHRISTOPHER T LITTLE
```